IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  MARK SCHOGGINS, PERSONAL REPRESENTATIVE of the ESTATE of MARK ANSON SCHOGGINS, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>1.  STATE OF OKLAHOMA, EX REL. OKLAHOMA HIGHWAY PATROL,<br>2.  CITY OF McALESTER, OKLAHOMA, a municipality,<br>3.  GARRET GRAY, individually,<br>4.  JAMES McKEE, individually,<br><br>Defendants. | Case No. 21-cv-133-JFH |

**DEFENDANT CITY OF MCALESTER'S *UNOPPOSED* MOTION TO CONTINUE SETTLEMENT CONFERENCE**

**COMES NOW** Defendant City of McAlester (hereinafter Defendant City), by and through its attorney of record, Sean McKelvey of Steidley and Neal, PLLC, and respectfully requests the Court enter an Order continuing the Settlement Conference, currently scheduled for May 10, 2022 at 9:30 a.m., before the Honorable Kim West, [Docket #27].

1. Defendant City of McAlester recently filed a unopposed Motion to Extend Scheduling Order Dates. The parties have conferred and all agree the Settlement Conference should be continued to a date that will more in line with the discovery dates outlined in the Motion to Extend Scheduling Order Dates.

2. Written discovery has been exchanged but no depositions have been taken. The parties have conferred and all agree that depositions need to be taken before the Settlement Conference.

WHEREFORE, premises considered, counsel requests that the Court enter an Order continuing the Settlement Conference scheduled for the above entitled action.

Respectfully submitted,

STEIDLEY & NEAL, PLLC
*Attorneys for Defendant , City of McAlester*

By:   *s/Sean M. McKelvey*
Sean M. McKelvey, OBA #17098
smm@steidley-neal.com
Meaghen E. Clark, OBA #32830
mac@steidley-neal.com
Clark W. Crapster, OBA #22112
cwc@steidley-neal.com
P.O. Box 1165
McAlester, OK 74502
(918)423-4611
(918)423-4620 - fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2022, I electronically transmitted the above and foregoing document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gary J. James, OBA #12718
gary@garyjameslaw.com
*Attorney for Defendants Gray & McKee, individually*

Kevin McClure, OBA #12767
kevin.mcclure@oag.ok.gov
*Attorney for Defendants Gray, McKee & OHP*

Warren Gotcher
Warren@gotcher-beaver.com
*Attorney for Plaintiff*

/s/ Sean M. McKelvey