IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | MARK SCHOGGINS, PERSONAL REPRESENTATIVE of the ESTATE of MARK ANSON SCHOGGINS, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>1.  STATE OF OKLAHOMA, EX REL. OKLAHOMA HIGHWAY PATROL,<br>2.  CITY OF McALESTER, OKLAHOMA, a municipality,<br>3.  GARRET GRAY, individually,<br>4.  JAMES McKEE, individually,<br><br>Defendants. | Case No. 21-cv-133-JFH |

## PLAINTIFF'S WITNESS LIST

Comes now the Plaintiff, Mark Schoggins, Personal Representative of the Estate of Mark Anson Schoggins, and submits the following list of witnesses anticipated to be used at the trial herein:

1. Officer Chuck Sutterfield
   McAlester Police Department
   McAlester, Oklahoma

   He will testify as to the facts surrounding the chase of Mark Anson Schoggins, deceased..

2. Garrett Gray
   Oklahoma Highway Patrol
   McAlester, Oklahoma

   He will testify as to the facts surrounding the chase and the ultimate shooting of Mark Anson Schoggins, deceased.

3.     James McKee
   McAlester, Oklahoma

   He will testify as to the facts surrounding the chase and the ultimate shooting of Mark Anson Schoggins, deceased.

4,     Bradley Wilson
   Oklahoma Highway Patrol
   McAlester, Oklahoma

   He will testify as to the facts surrounding the chase and the ultimate shooting of Mark Anson Schoggins, deceased.

5.     Representative of Alamo Liquor
   McAlester, Oklahoma

   Will testify as to the alleged theft by deceased on the date of the chase and shooting of the deceased.

6.     Mark Schoggins
   McAlester, Oklahoma

   He will testify as to the relationship with his son and his inspection of the vehicle.

7.     H. Paul Taylor
   5856 South Lowell Blvd., Suite 32-267
   Littleton, Colorado 80123

   He will testify pursuant to his expert report submitted to Defendant.

8.     Dr. Jeremy Shelton
   Medical Examiner
   State of Oklahoma

   He will testify as to the Autopsy Report of Mark Anson Schoggins, deceased.

Plaintiff reserves the right to amend this list pursuant to discovery.

MARK SCHOGGINS, Personal Representative of the Estate of MARK ANSON SCHOGGINS, deceased.
PLAINTIFF
BY:s/ Warren Gotcher
Warren Gotcher, OBA 3495
GOTCHER AND BEAVER
323 East Carl Albert Parkway
P.O. Box 160
McAlester, Oklahoma 74502
918-423-0412
Warrren@gotcher-beaver.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF MAILING

I hereby certify that on this 15th day of August, I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filiing to the following ECF Registrants:

Sean McKelvey
smm@steidley-neal.com

Clark Crapster
cwc@steidley-neal.com

Meaghen E. Clark
mac@steidley-neal.com

Gary James
gary@garyjameslaw.com

Kevin McClure
kevin.mcclure@oag.ok.gov

*S/Warren Gotcher*