IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.    MARK SCHOGGINS, PERSONAL REPRESENTATIVE of the ESTATE of MARK ANSON SCHOGGINS, Deceased,<br><br>      Plaintiff,<br><br>vs.<br><br>1.    STATE OF OKLAHOMA, EX REL. OKLAHOMA HIGHWAY PATROL,<br>2.    CITY OF McALESTER, OKLAHOMA, a municipality,<br>3.    GARRET GRAY, individually,<br>4.    JAMES McKEE, individually,<br><br>      Defendants. | Case No. 21-cv-133-JFH |

## PLAINTIFF'S EXHIBIT LIST

Comes now the Plaintiff, Mark Schoggins, Personal Representative of the Estate of Mark Anson Schoggins, and submits the following list of witnesses anticipated to be used at the trial herein:

1. Photographs of vehicle of Mark Anson Schoggins, deceased with bullett holes.

2. Photographs of houses at the scene with bullet holes.

3. Autopsy Report of Mark Anson Schoggins, deceased.

4. Death Certificate of Mark Anson Schoggins, deceased.

Plaintiff reserves the right to amend this exhibit list pursuant to discovery.

        MARK SCHOGGINS, Personal Representative of the Estate of MARK ANSON SCHOGGINS, deceased.
        PLAINTIFF
        BY:s/ Warren Gotcher
        Warren Gotcher, OBA 3495
        GOTCHER AND BEAVER
        323 East Carl Albert Parkway
        P.O. Box 160
        McAlester, Oklahoma 74502
        918-423-0412
        Warrren@gotcher-beaver.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF MAILING

      I hereby certify that on this 15th day of August, I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

    Sean McKelvey
    smm@steidley-neal.com

    Clark Crapster
    cwc@steidley-neal.com

    Meaghen E. Clark
    mac@steidley-neal.com

    Gary James
    gary@garyjameslaw.com

    Kevin McClure
    kevin.mcclure@oag.ok.gov

        *S/Warren Gotcher*