IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

1. MARK SCHOGGINS, PERSONAL
REPRESENTATIVE of the ESTATE
of MARK ANSON SCHOGGINS,
Deceased,
    Plaintiff,

vs.                                                          Case No. 21-cv-133-JFH

1. STATE OF OKLAHOMA, EX REL.
OKLAHOMA HIGHWAY PATROL,
2. CITY OF McALESTER,
OKLAHOMA, a municipality,
3. GARRET GRAY, individually,
4. JAMES McKEE, individually,

    Defendants.

## DEFENDANT CITY OF MCALESTER'S PRELIMINARY EXHIBIT LIST

COMES NOW the Defendant, City of McAlester, by and through their attorneys of record, STEIDLEY & Neal, P.L.L.C., and submits the following Exhibit List:

| No. | Exhibit | Location |
|---|---|---|
| 1 | Call Sheet Report | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 2 | Audio Recordings of 911 calls | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 3 | Audio Recordings of radio communication between McAlester Police and Dispatch. | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 4 | Surveillance footage from Alamo Liquor | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 5 | Bodycam footage of McAlester Police Officers | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 6 | Dashcam and car interior camera footage from Oklahoma Highway Patrol vehicles | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 7 | Photographs of the scene | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |

| 8 | Oklahoma Department of Public Safety, Oklahoma Highway Patrol Investigation. | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
|---|---|---|
| 9 | Email from Jerry Pool to James Beaty | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 10 | Road maps and/or satellite images of the City of McAlester | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 11 | McAlester Police Department Pursuit Policy | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 12 | McAlester Police Department Use of Force Policy | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 13 | Resume and Credential sheet for Paul Taylor, expert witness. | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 14 | Report of Paul L. Taylor "Re: Mark Anson Schoggins" | 100 East Carl Albert Parkway McAlester, Oklahoma 74501 |
| 15 | Plaintiff's Responses to Defendant City of McAlester's Discovery Requests | |
| 16 | Defendant City of McAlester's Responses to Plaintiff's Discovery Requests | |
| 17 | Defendant OHP's Responses to Plaintiff's Discovery Requests | |
| | All Exhibits listed by Plaintiff not objected to by this Defendant. | |
| | All Exhibits listed by Co-Defendants not objected to by this Defendant. | |
| | Discovery is ongoing. This Defendant reserves the right to amend this Exhibit List | |

Respectfully submitted,

STEIDLEY & NEAL, PLLC
*Attorneys for Defendant, City of McAlester*

By:     s/Sean M. McKelvey
       Sean M. McKelvey, OBA #17098
       smm@steidley-neal.com
       Meaghen E. Clark, OBA #32830
       mac@steidley-neal.com
       Clark W. Crapster, OBA #22112
       cwc@steidley-neal.com
       P.O. Box 1165

McAlester, OK 74502  
(918)423-4611  
(918)423-4620 - fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on the _15th___ day of August, 2022, I electronically transmitted the above and foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gary J. James, OBA #12718  
gary@garyjameslaw.com  
*Attorney for Defendants Gray & McKee, individually*

Kevin McClure, OBA #12767  
kevin.mcclure@oag.ok.gov  
*Attorney for Defendants Gray, McKee & OHP*

Warren Gotcher  
Gotcher & Beaver  
323 E. Carl Albert Parkway  
P.O. Box 160  
McAlester, OK 74502  
*Attorney for Plaintiff*

_____/s/ Sean M. McKelvey_____