IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

1. MARK SCHOGGINS,
PERSONAL REPRESENTATIVE of
the ESTATE of MARK ANSON
SCHOGGINS, Deceased,

    Plaintiff,

vs.

1. STATE OF OKLAHOMA, EX REL. OKLAHOMA HIGHWAY PATROL,
2. CITY OF McALESTER, OKLAHOMA, a municipality,
3. GARRET GRAY, individually,
4. JAMES McKEE, individually,

    Defendants.

Case No. 21-cv-133-JFH

## **DEFENDANT CITY OF MCALESTER'S PRELIMINARY WITNESS LIST**

The following witnesses are expected to be called at the time of trial:

| No. | Witness | Expected Testimony |
|---|---|---|
| 1 | Patrolman Chuck Sutterfield<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Observed vehicle meeting description of shoplifting call; attempted to make traffic stop; followed Plaintiff's decedent and advised that he was eluding; observed Plaintiff's decedent left of center, driving at a high rate of speed, striking the OHP vehicles, and accelerating towards a trooper; observed Troopers fire on Plaintiff's decedent. |
| 2 | Captain Brent McAlester<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Responded to vehicle pursuit call; monitored pursuit; requested Chief, Deputy Chief and CID to come to scene. |
| 3 | Chief Gary Wansick, retired<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Hiring, training and supervision of McAlester police officers; complaints and its process; Officer Sutterfield's performance; Captain McAlester's performance; policies and |

| | | |
|---|---|---|
| | | procedures. |
| 4 | Deputy Chief Darrell Miller<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Hiring, training and supervision of McAlester police officers; complaints and its process; Officer Sutterfield's performance; Captain McAlester's performance; policies and procedures. |
| 5 | Chief Kevin Hearod, current<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Hiring, training and supervision of McAlester police officers; complaints and its process; Officer Sutterfield's performance; Captain McAlester's performance; policies and procedures. |
| 6 | Patrolman Jacob Schiller<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Responded to vehicle pursuit call; observed Plaintiff's decedent left of center, driving at a high rate of speed, striking the OHP vehicles, and accelerating towards a trooper; observed Troopers fire on Plaintiff's decedent. |
| 7 | Patrolman Warner Bedford<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Responded vehicle pursuit call; stopped southbound traffic; observed Plaintiff's decedent left of center, driving at a high rate of speed, striking the OHP vehicles, and accelerating towards a trooper; observed Troopers fire on Plaintiff's decedent. |
| 8 | Patrolman Kyle Sharp<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Responded to vehicle pursuit call; attempted to place spike strips; responded to scene. |
| 9 | Patrolman Trey Roberts<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Responded to vehicle pursuit call; responded to scene. |
| 10 | Lt. Robert J. Cox<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Monitored pursuit; responded to scene. |
| 11 | Patrolman Chris Kennon<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501 | Took photos of the crime scene. |
| 12 | Jerry Pool<br>302 East South Ave<br>McAlester, Oklahoma 74501 | Observed Plaintiff's decedent striking the OHP vehicles, and accelerating towards a trooper; observed Troopers fire on Plaintiff's decedent. |
| 13 | Paul L. Taylor PhD | Expert witness retained by Plaintiff. Expert in police decision-making and training. Will offer |

|    |                                                                                                                                                                                                                              |                                                                                                                                                                                                                                                                        |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | 5856 South Lowell Boulevard, Suite 23-267<br>Littleton, CO 80123                                                                                                                                                             | opinions and conclusions regarding actions by officers and troopers involved.                                                                                                                                                                                          |
| 14 | Alamo Clerk 1<br>205 S. 6th Street<br>McAletser, OK 74501                                                                                                                                                                    | Witnessed the theft of merchandise from Alamo Liquor and witnessed the Deceased's actions prior to and during the flight from Alamo Liquor.                                                                                                                            |
| 15 | Alamo Clerk 2<br>205 S. 6th Street<br>McAletser, OK 74501                                                                                                                                                                    | Witnessed the theft of merchandise from Alamo Liquor and witnessed the Deceased's actions prior to and during the flight from Alamo Liquor.                                                                                                                            |
| 16 | Megan Lehr<br>100 East Carl Albert Parkway<br>McAlester, Oklahoma 74501                                                                                                                                                      | Was the dispatch operator during the events in question. Took the initial call from Alamo Liquor and performed dispatch duties throughout the chase at-issue and subsequent events.                                                                                    |
| 17 | Trooper David Medlin<br>Kevin McClure, OBA #12767<br>kevin.mcclure@oag.ok.gov<br>*Attorney for Defendants Gray, McKee & OHP*                                                                                                 | Investigating trooper who produced the Oklahoma Department of Public Safety, Oklahoma Highway Patrol Investigation. Will authenticate report and explain methods and conclusions.                                                                                      |
| 18 | Potential Expert Witness                                                                                                                                                                                                     | Expert in police decision-making and training. Will offer opinions and conclusions regarding actions by officers and troopers involved.                                                                                                                                |
| 19 | Trooper Garrett Gray<br>Gary J. James, OBA #12718<br>gary@garyjameslaw.com<br>*Attorney for Defendants Gray & McKee, individually*<br>Kevin McClure, OBA #12767<br>kevin.mcclure@oag.ok.gov<br>*Attorney for Defendants Gray, McKee & OHP* | Responded to vehicle pursuit call; observed Plaintiff's decedent left of center, driving at a high rate of speed, striking the OHP vehicles, and accelerating towards a trooper; observed Troopers fire on Plaintiff's decedent; fired on Plaintiff's decedent. |
| 20 | Trooper James McKee<br>Gary J. James, OBA #12718<br>gary@garyjameslaw.com<br>*Attorney for Defendants Gray &*                                                                                                                | Responded to vehicle pursuit call; observed Plaintiff's decedent left of center, driving at a high rate of speed, striking the OHP vehicles, and accelerating towards a trooper; observed Troopers fire on Plaintiff's decedent; fired on                              |

|  | | |
|---|---|---|
|  | *McKee, individually*<br>Kevin McClure, OBA #12767<br>kevin.mcclure@oag.ok.gov<br>*Attorney for Defendants Gray, McKee & OHP* | Plaintiff's decedent. |
| 21 | Trooper Brad Wilson<br>Kevin McClure, OBA #12767<br>kevin.mcclure@oag.ok.gov<br>*Attorney for Defendants Gray, McKee & OHP* | Responded to vehicle pursuit call; observed Plaintiff's decedent left of center, driving at a high rate of speed, striking the OHP vehicles, and accelerating towards a trooper; observed Troopers fire on Plaintiff's decedent. |
| 22 | Paul Dean | Owner of the house where the car was hit and a bullet went through his living room window. |
| 23 | Bobby Lenardo | Witnessed the collision, acceleration towards Troopers and Trooper fire on Plaintiff's decedent from Jerry Pool's front yard. |
| 24 | Michael Maratta<br>918-319-7701 | Witnessed the collision, acceleration towards Troopers and Trooper fire on Plaintiff's decedent; had his fence damaged from the deceased running into it. This witness felt that the driver endangered his family and the officers and the officers did what they were supposed to do. |
|  | All Witnesses listed by Plaintiff not objected to by this Defendant. |  |
|  | All Witnesses listed by Co-Defendants not objected to by this Defendant. |  |
|  | Discovery is ongoing. This Defendant reserves the right to amend this Witness List |  |

Respectfully submitted,

STEIDLEY & NEAL, PLLC
*Attorneys for Defendant, City of McAlester*

By: ___s/Sean M. McKelvey___
    Sean M. McKelvey, OBA #17098

4

smm@steidley-neal.com<br>
Meaghen E. Clark, OBA #32830<br>
mac@steidley-neal.com<br>
Clark W. Crapster, OBA #22112<br>
cwc@steidley-neal.com<br>
P.O. Box 1165<br>
McAlester, OK 74502<br>
(918)423-4611<br>
(918)423-4620 - fax

## CERTIFICATE OF SERVICE

I hereby certify that on the _15th___ day of August, 2022, I electronically transmitted the above and foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gary J. James, OBA #12718
gary@garyjameslaw.com
*Attorney for Defendants Gray & McKee, individually*

Kevin McClure, OBA #12767
kevin.mcclure@oag.ok.gov
*Attorney for Defendants Gray, McKee & OHP*

Warren Gotcher
Gotcher & Beaver
323 E. Carl Albert Parkway
P.O. Box 160
McAlester, OK 74502
*Attorney for Plaintiff*

/s/ Sean M. McKelvey