IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MARK SCHOGGINS,
PERSONAL REPRESENTATIVE of the
ESTATE of MARK ANSON SCHOGGINS,
Deceased,                                                                    PLAINTIFF

vs.                                                                                   CASE NO. 21-cv-133-JFH

STATE OF OKLAHOMA, EX REL. OKLAHOMA
HIGHWAY PATROL, CITY OF McALESTER,
OKLAHOMA, a municipality, GARRET
GRAY, individually, and JAMES MCKEE,
individually,                                                                  DEFENDANTS.

NOTICE OF CONVENTIONAL FILING

Please take notice that the Plaintiff, MARK SCHOGGINS, Personal Representative of the Estate of Mark Anson Schoggins, deceased, has filed a thumb drive containing the following Exhibit 1, said Exhibit being referred to in the the Response filed in this matter as Document 55.

Exhibit 1

1. Video 1, time 4:25-5:30,
2. Video 3, time 9:25-10:00
3. Video Bates 269 OHP 503 event, time 9:25-10:00
4. Video of entire stop

          MARK SCHOGGINS, PERSONAL
          REPRESENTATIVE of the ESTATE of MARK
          ANSON SCHOGGINS, Deceased,
          PLAINTIFF
          GOTCHER AND BEAVER
          POST OFFICE 160
          MCALESTER, OKLAHOMA 74502
          (918) 423-0412
          ATTORNEYS FOR PLAINTIFF
          S/Warren Gotcher
          Warren Gotcher, OBA#3495
          Warren@gotcher-beaver.com

CERTIFICATE OF SERVICE

I hereby certify that on this [11h] day of January, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Gary James
Kevin McClure
Sean McKelvey

Further, I hereby certify that the thumb drive mentioned as Exhibit 1 was filed in the Eastern District of Oklahoma in person and mailed to counsel of record for Defendants via certified mail, return receipt requested with postage prepaid thereon.

S/Warren Gotcher
WARREN GOTCHER