IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK SCHOGGINS, <br><br> Plaintiff, <br><br> v. <br><br> OKLAHOMA HIGHWAY PATROL et al., <br><br> Defendants. | Case No. 21-CV-133-JFH-GLJ |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of the case. IT IS HEREBY ORDERED that judgment is entered in favor of Defendants City of McAlester, Oklahoma Highway Patrol, Garret Gray, and James McKee and against Plaintiff Mark Schoggins.

Dated this 1st day of May 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE